UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>KIMBERLY GAIL FULLER a/k/a KIMBERLY GAIL WOODS,<br><br>    Defendants. | CRIMINAL NO. 7:19-15-KKC<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter was referred to the Magistrate Judge for the purposes of conducting rearraignment proceedings for the above Defendant. The Magistrate Judge has filed a Recommendation that the Court accept the Defendant's guilty plea and that the defendant be adjudged guilty of Counts 51 and 60 of the Indictment. (DE 79 at 2.)  No objections have been filed and, having reviewed the record, the Court finds that the Magistrate Judge satisfied all requirements of Federal Rule of Criminal Procedure 11 and the United States Constitution.

Accordingly, the Court hereby **ADOPTS** the Magistrate Judge's Recommendation.  (DE 79.)  The Court **ACCEPTS** the Defendant's plea of guilty and enters a finding of guilty for the Defendant as to Counts 51 and 60 of the Indictment.

Dated August 5, 2020.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY